*FILING FEE PAID* (Yes) No

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Schley** _____ JAD/TPA/CMB/**GLT**

Case Number: **19-22467**

Date of Meeting: **1/13/20**                Recording # **3**

Debtor(s) present **✓** or Not Present ___ (___ No Payments Made or **✓** partial payments)
Attorney for debtor(s) **Shepherd** (Present **✓** or Not Present ___)
Date of Plan at § 341: **6-24-19**    Applicable commitment period **✓** 3 yrs ___ 5 yrs

Mark Pekarchich Planet Home Lending / Wilmington

David Yrehener: Homewood Cemetery

DSO outside plan, blue form provided,

2018 tax return outstanding

Homewood: mausoleum not plot  $4747.50 m/k
                                $1095. opening fee

FILED 2020 JAN 16 A 8:00 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

___ Meeting HELD and CONCLUDED
**✓** Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
                                    ___ Order to Show Cause Requested
                                    ___ To be rescheduled by Clerk

**✓** Confirmation Order recommended ___ Final **✓** Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:
   **✓** 341 Meeting OR **✓** Conciliation Conf. OR ___ *Contested Hearing
   On **3-26-20** at **7:30** am/pm Location _____

for tax return (2018)

_Kate DeSimone_
Chapter 13 Trustee/Attorney for Trustee