# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| Debtor: | SUSAN L. SCHLEY | | |
| Case Number: | 19-22467-GLT | Chapter: | 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 06, 2020  09:30 AM  3251 US STEEL | | |
| Hearing Officer: | CHAPTER 13 TRUSTEE | | |

### *Matters:*

1) #56 - Continued Show Cause Why Case Should Not be Dismissed for Failure to Make Plan Payments
   R / M #:  56 / 0

2) #20 - Continued Confirmation of Plan Dated 6-24-19 (N)
   R / M #:  20 / 0

### *Appearances:*

Debtor: *Shepherd*
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __3/26/20__ at __9:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

**FILED**

FEB -6 2020

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA