Form RSC2 (Reschedule Conciliation/COD)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Susan L. Schley**
   Debtor(s)

Bankruptcy Case No.: 19−22467−GLT
Chapter: 13

## ORDER

    The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 26, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 20, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-22467-GLT
Susan L. Schley                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: llea              Page 1 of 2            Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db          +Susan L. Schley,    3647 Wealth Street,    Pittsburgh, PA 15212-1734
cr          +City of Pittsburgh and City of Pittsburgh School D,    Goehring, Rutter, and Boehm,
              437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
              UNITED STATES OF AMERICA 15219-6101
cr          +Pittsburgh Water and Sewer Authority,    Goehring, Rutter & Boehm,
              437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
              UNITED STATES OF AMERICA 15219-6101
15088365    +City of Pittsburgh/City of Pittsburgh School Dist.,    Goehring Rutter & Boehm,
              c/o Jeffery R. Hunt, Esq.,    437 Grant Street, 14th Floor,    Frick Building,
              Pittsburgh PA 15219-6101
15074026    +J.D. Byrider,    1561 W. Liberty Avenue,    Pittsburgh, PA 15226-1103
15088367    +Pittsburgh Water and Sewer Authority,    Goehring Rutter & Boehm,   c/o Jeffery R. Hunt, Esq.,
              437 Grant Street, 14th Floor,    Frick Building,   Pittsburgh PA 15219-6101
15192541    +The Homewood Cemetery,    c/o  David J. Michener,   4734 Butler Street,
              Pittsburgh, PA 15201-2951
15074028    +The Homewood Cemetery,    1599 S. Dallas Avenue,    Pittsburgh, PA 15217-1499
15075919    +U S Department of Education/MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243
15074029     UPMC Health Services,    P.O. Box 371472,    Pittsburgh, PA 15250-7472
15101916     UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15074032     UPMC Mercy,    c/o CBCS,   P.O. Box 2724,    Columbus, OH 43216-2724
15101917     UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15114537    +Wilmington Trust, National Association, et al.,    C/O Planet Home Lending, LLC,
              321 Research Parkway #303,    Meriden, CT 06450-8342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15089145    +E-mail/Text: bankruptcy@jdbyrider.com Mar 21 2020 04:26:18     BYRIDER FINANCE, LLC DBA CNAC,
              ATTN BANKRUPTCY DEPT,    12802 HAMILTON CROSSING BLVD,    CARMEL, IN 46032-5424
15081667    +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Mar 21 2020 04:26:24     COMMONWEALTH OF PA  UCTS,
              DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,   651 BOAS STREET, ROOM 925,
              HARRISBURG, PA 17121-0751
15111075    +E-mail/Text: kburkley@bernsteinlaw.com Mar 21 2020 04:25:58     Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
15104727     E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 21 2020 04:25:05     Jefferson Capital Systems LLC,
              Po Box 7999,    Saint Cloud Mn 56302-9617
15076829     E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2020 04:17:36     LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15089505     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2020 04:24:08
              Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
              Harrisburg PA 17128-0946
15074027    +E-mail/Text: jennifer.chacon@spservicing.com Mar 21 2020 04:26:26     Select Portfolio,
              P.O. Box 65250,    Salt Lake City, UT 84165-0250
15074031    +E-mail/Text: BankruptcyNotice@upmc.edu Mar 21 2020 04:25:47     UPMC Mercy,
              1400 Locusr Street,    Pittsburgh, PA 15219-5114
15074030    +E-mail/Text: BankruptcyNotice@upmc.edu Mar 21 2020 04:25:47     UPMC Mercy,
              1400 Locust Street,    Pittsburgh, PA 15219-5114
15074033    +E-mail/Text: BankruptcyNotice@upmc.edu Mar 21 2020 04:25:47     UPMC St. Margaret,
              815 Freeport Road,    Pittsburgh, PA 15215-3301
                                                                                             TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Planet Home Lending, LLC
cr             Wilmington Trust, National Association, not in its
cr*         +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
              707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                            Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: llea              Page 2 of 2              Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon         Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2020 at the address(es) listed below:

```
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              James  Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee of MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    City of Pittsburgh and City of Pittsburgh School
               District jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin Scott Frankel    on behalf of Creditor    Planet Home Lending, LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rodney D. Shepherd    on behalf of Debtor Susan L. Schley rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```