IN THE UNITED STATES BANKRUPTY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 19-22467 GLT |
| SUSAN L. SCHLEY | : | |
| | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

_____

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Federal rules of Bankruptcy Procedure 2002(e), 9007 and 9010(b), please enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Labor and Industry, Unemployment Compensation Fund, a creditor and/or an interested party in the above captioned case.

Kindly add my office to the mailing matrix and send all notices to the address listed below.

/s/Jennifer M. Irvin

Jennifer M. Irvin
Department of Labor & Industry
301 Fifth Avenue, Suite 230
Pittsburgh PA 15222
PA ID #89299
(412)565-2622
(412)880-0286 Facsimile
jeirvin@pa.gov

Dated: May 28, 2020

# **DECLARATION IN LIEU OF AFFIDAVIT**

I am the attorney for the Commonwealth of Pennsylvania, Department of Labor and Industry, Unemployment Compensation Fund, a creditor or party-in-interest in the above-captioned bankruptcy case, and I am authorized by the creditor to make the accompanying request for notices.

The new address should be used instead of any existing address, and added to the matrix. I have not reviewed the mailing matrix on file as I am the only attorney authorized to represent this creditor in the Western District. I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and that there are no other requests to receive notices on behalf of this creditor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 28, 2020

/s/Jennifer M. Irvin

Jennifer M. Irvin
Department of Labor & Industry
301 Fifth Avenue, Suite 230
Pittsburgh PA 15222
PA ID #89299
(412)565-2622
(412)880-0286 Facsimile
jeirvin@pa.gov