Case 19-22467-GLT    Doc 85    Filed 06/16/20    Entered 06/16/20 16:28:43    Desc Main
Document    Page 1 of 1

FILED
6/16/20 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: SUSAN L. SCHLEY
- Case Number: 19-22467-GLT    Chapter: 13
- Date / Time / Room: THURSDAY, JUNE 11, 2020 10:30 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#20 - Continued Confirmation of Plan Dated 6/24/2019 (NFC)
R / M #: 20 / 0

**Appearances:**

- Debtor: Shepard
- Trustee: (Winnecour) / Pail / Katz / DeSimone
- Creditor:

**Proceedings:**

Outcome: Trustee Requesting Dismissal

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ✓ Other:

No payments since early November, 2019
the Trustee is requesting dismissal

6/2/2020   12:47:37PM