Case 19-22467-GLT    Doc 88    Filed 06/20/20    Entered 06/21/20 00:33:52    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
6/18/20 8:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 19-22467-GLT |
| SUSAN L. SCHLEY, | Chapter 13 |
| Debtor(s). | |
| RONDA J. WINNECOUR, Trustee, | |
| Movant, | |
| v. | |
| SUSAN L. SCHLEY, | Hearing Date: July 15, 2020 at 11:00 AM. |
| Respondent(s). | Response Date: July 8, 2020 |
| | Related to Docket No. 85 |

### NOTICE AND ORDER SCHEDULING HEARING
### AND RESPONSE DEADLINE REGARDING MOTION OF THE
### CHAPTER 13 TRUSTEE TO DISMISS CHAPTER 13 BANKRUPTCY CASE

TO THE RESPONDENT(S), CREDITORS, AND PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED THAT the chapter 13 trustee made an oral motion (the "Motion") requesting the dismissal of this bankruptcy case.

YOU ARE FURTHER NOTIFIED THAT if you object to the dismissal of this bankruptcy case, you must file and serve upon the chapter 13 trustee a response to the *Motion* **by no later than July 8, 2020**, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Honorable Gregory L. Taddonio as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, this bankruptcy case will be dismissed and no further hearing will be held.

YOU ARE FURTHER NOTIFIED THAT if a response is timely filed, a **TELEPHONIC** hearing will be held on July 15, 2020 at 11:00 A.M. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

YOU ARE FURTHER NOTIFIED THAT to the extent the Court does not grant the *Motion*, it may conduct a hearing to consider confirmation of the Debtor(s)' *Chapter 13 Plan dated 6/24/2019* [Dkt. No. 20] at the same date and time as the hearing on the *Motion* without additional notice to the parties.

The Chapter 13 Trustee shall *immediately* serve this *Notice* on those persons and entities required to receive notice of the *Motion* pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules of this Court, and file a certificate of service evidencing the same.

Dated: June 18, 2020

_____
GREGORY L. TADDONIO drb
UNITED STATES BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 19-22467-GLT
Susan L. Schley                                                 Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: mgut                  Page 1 of 2             Date Rcvd: Jun 18, 2020
                               Form ID: pdf900             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
db             +Susan L. Schley,    3647 Wealth Street,    Pittsburgh, PA 15212-1734
cr             +City of Pittsburgh and City of Pittsburgh School D,    Goehring, Rutter, and Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
                 UNITED STATES OF AMERICA 15219-6101
cr             +Pittsburgh Water and Sewer Authority,    Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
                 UNITED STATES OF AMERICA 15219-6101
15081667       +COMMONWEALTH OF PA  UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
                 651 BOAS STREET, ROOM 925,    HARRISBURG, PA 17121-0751
15088365       +City of Pittsburgh/City of Pittsburgh School Dist.,    Goehring Rutter & Boehm,
                 c/o Jeffery R. Hunt, Esq.,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh PA 15219-6101
15074026       +J.D. Byrider,    1561 W. Liberty Avenue,    Pittsburgh, PA 15226-1103
15088367       +Pittsburgh Water and Sewer Authority,    Goehring Rutter & Boehm,   c/o Jeffery R. Hunt, Esq.,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh PA 15219-6101
15074028       +The Homewood Cemetery,    1599 S. Dallas Avenue,    Pittsburgh, PA 15217-1499
15192541       +The Homewood Cemetery,    c/o  David J. Michener,    4734 Butler Street,
                 Pittsburgh, PA 15201-2951
15075919       +U S Department of Education/MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243
15074029        UPMC Health Services,    P.O. Box 371472,    Pittsburgh, PA 15250-7472
15101916        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15074032        UPMC Mercy,    c/o CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
15101917        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15114537       +Wilmington Trust, National Association, et al.,    C/O Planet Home Lending, LLC,
                 321 Research Parkway #303,    Meriden, CT 06450-8342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15089145       +E-mail/Text: bankruptcy@jdbyrider.com Jun 19 2020 04:02:33      BYRIDER FINANCE, LLC DBA CNAC,
                 ATTN BANKRUPTCY DEPT,    12802 HAMILTON CROSSING BLVD,    CARMEL, IN 46032-5424
15111075       +E-mail/Text: kburkley@bernsteinlaw.com Jun 19 2020 04:02:31      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15104727        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 19 2020 04:02:08      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15076829        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2020 04:05:40      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15089505        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2020 04:01:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
15074027       +E-mail/Text: jennifer.chacon@spservicing.com Jun 19 2020 04:02:44      Select Portfolio,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
15074031       +E-mail/Text: BankruptcyNotice@upmc.edu Jun 19 2020 04:02:22      UPMC Mercy,
                 1400 Locusr Street,    Pittsburgh, PA 15219-5114
15074030       +E-mail/Text: BankruptcyNotice@upmc.edu Jun 19 2020 04:02:22      UPMC Mercy,
                 1400 Locust Street,    Pittsburgh, PA 15219-5114
15074033       +E-mail/Text: BankruptcyNotice@upmc.edu Jun 19 2020 04:02:22      UPMC St. Margaret,
                 815 Freeport Road,    Pittsburgh, PA 15215-3301
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Planet Home Lending, LLC
cr*             Wilmington Trust, National Association, not in its
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                    Signature:   /s/Joseph Speetjens

```
District/off: 0315-2           User: mgut              Page 2 of 2              Date Rcvd: Jun 18, 2020
                               Form ID: pdf900         Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2020 at the address(es) listed below:

```
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              James  Warmbrodt    on behalf of Creditor   Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee of MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   City of Pittsburgh and City of Pittsburgh School
               District jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer M. Irvin    on behalf of Creditor   CSU - OUCTS, PA Labor & Industry jeirvin@pa.gov,
               jeirvin@pa.gov
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin Scott Frankel    on behalf of Creditor   Planet Home Lending, LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rodney D. Shepherd    on behalf of Debtor Susan L. Schley rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 10
```