Case 19-22467-GLT    Doc 92    Filed 07/16/20    Entered 07/16/20 11:48:00    Desc Main
                                Document    Page 1 of 1

FILED
7/16/20 8:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-22467-GLT |
| | : | Chapter: | 13 |
| Susan L. Schley | : | | |
| | : | | |
| | : | Date: | 7/15/2020 |
| Debtor(s). | : | Time: | 11:00 |

### PROCEEDING MEMO

*MATTER*:   #20 - Continued Confirmation of Plan Dated 6/24/2019 (NFC)
            #60 - Objection filed by Planet Home Lending LLC

            #86 - Trustee's Oral Motion to Dismiss Case
                  [Response due 7/8/2020]
            #89 - Response filed by Homewood Cemetary

*APPEARANCES:*

            Trustee:      Ronda J. Winnecour
            Homewood Cemetary: David Michener

*NOTES:* (11:00)

Court: The trustee's notes from the conciliation indicated no payments since last November. I received a response from Homewood Cemetery but not from the debtor.

Winnecour: The petition was filed last June. The proposed plan payments were $1,222. I have only received one payment.

Court: What are the current arrears?

Winnecour: Current arrears are $8,556.

Court: Mr. Michener, you've indicated there is an obligation due the cemetery, you've asked the case not be dismissed so that a payment arrangement can be made with her?

Michener: We weren't aware of the terms of the dismissal. However if it were dismissed with a plan in place we could preserve her right to be buried next to her spouse.

Court: Right now Ms. Schley's case has been pending for over a year. She had a duty to make payment to the chapter 13 trustee and those payment would then be distributed to her creditors. I am not in a position to allow the case continue without payments. I'm inclined to dismiss this case and the bankruptcy will be terminated.

Michener: It's unfortunate. We do our best to work with families, but if she's unable to make a payment we have no other recourse than to cancel the transaction.

Court: For the reasons stated on the record, I will dismiss the case.

*OUTCOME:*

1. Continued Confirmation of Plan Dated 6/24/2019 (NFC) [Dkt. No. 20] is DENIED. [Text Order to Issue]

2. Trustee's Oral Motion to Dismiss Case [Dkt. No. 86] is GRANTED without prejudice. [DB to Issue]

**DATED:** 7/15/2020