Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Susan L. Schley** | : | Case No. 19−22467−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Issued Per 7/15/2020 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 16th of July, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 19-22467-GLT
Susan L. Schley                                                     Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                Page 1 of 2         Date Rcvd: Jul 16, 2020
                              Form ID: 309              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db             +Susan L. Schley,    3647 Wealth Street,    Pittsburgh, PA 15212-1734
cr             +City of Pittsburgh and City of Pittsburgh School D,    Goehring, Rutter, and Boehm,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
                UNITED STATES OF AMERICA 15219-6101
cr             +Pittsburgh Water and Sewer Authority,    Goehring, Rutter & Boehm,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
                UNITED STATES OF AMERICA 15219-6101
cr             +The Homewood Cemetery,    Attn: David J. Michener, President/CEO,    c/o Allegheny Cemetery,
                4734 Butler St.,    Pittsburgh, PA 15201-2951
15081667       +COMMONWEALTH OF PA  UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
                651 BOAS STREET, ROOM 925,    HARRISBURG, PA 17121-0751
15088365       +City of Pittsburgh/City of Pittsburgh School Dist.,    Goehring Rutter & Boehm,
                c/o Jeffery R. Hunt, Esq.,    437 Grant Street, 14th Floor,    Frick Building,
                Pittsburgh PA 15219-6101
15074026       +J.D. Byrider,    1561 W. Liberty Avenue,    Pittsburgh, PA 15226-1103
15088367       +Pittsburgh Water and Sewer Authority,    Goehring Rutter & Boehm,    c/o Jeffery R. Hunt, Esq.,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh PA 15219-6101
15074028       +The Homewood Cemetery,    1599 S. Dallas Avenue,    Pittsburgh, PA 15217-1499
15192541       +The Homewood Cemetery,    c/o  David J. Michener,    4734 Butler Street,
                Pittsburgh, PA 15201-2951
15075919       +U S Department of Education/MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243
15074029        UPMC Health Services,    P.O. Box 371472,    Pittsburgh, PA 15250-7472
15101916        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15074032        UPMC Mercy,    c/o CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
15101917        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15114537       +Wilmington Trust, National Association, et al.,    C/O Planet Home Lending, LLC,
                321 Research Parkway #303,    Meriden, CT 06450-8342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15089145       +E-mail/Text: bankruptcy@jdbyrider.com Jul 17 2020 04:21:05      BYRIDER FINANCE, LLC DBA CNAC,
                ATTN BANKRUPTCY DEPT,    12802 HAMILTON CROSSING BLVD,    CARMEL, IN 46032-5424
15111075       +E-mail/Text: kburkley@bernsteinlaw.com Jul 17 2020 04:21:02      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
15104727        EDI: JEFFERSONCAP.COM Jul 17 2020 07:58:00      Jefferson Capital Systems LLC,    Po Box 7999,
                Saint Cloud Mn 56302-9617
15076829        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2020 04:26:21      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15089505        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2020 04:20:33
                Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                Harrisburg PA 17128-0946
15074027       +E-mail/Text: jennifer.chacon@spservicing.com Jul 17 2020 04:21:10      Select Portfolio,
                P.O. Box 65250,    Salt Lake City, UT 84165-0250
15074031       +E-mail/Text: BankruptcyNotice@upmc.edu Jul 17 2020 04:21:00      UPMC Mercy,
                1400 Locusr Street,    Pittsburgh, PA 15219-5114
15074030       +E-mail/Text: BankruptcyNotice@upmc.edu Jul 17 2020 04:21:00      UPMC Mercy,
                1400 Locust Street,    Pittsburgh, PA 15219-5114
15074033       +E-mail/Text: BankruptcyNotice@upmc.edu Jul 17 2020 04:21:00      UPMC St. Margaret,
                815 Freeport Road,    Pittsburgh, PA 15215-3301
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Planet Home Lending, LLC
cr              Wilmington Trust, National Association, not in its
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Jul 16, 2020
                              Form ID: 309            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
```
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              James  Warmbrodt    on behalf of Creditor   Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee of MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   City of Pittsburgh and City of Pittsburgh School
               District jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer M. Irvin    on behalf of Creditor   CSU - OUCTS, PA Labor & Industry jeirvin@pa.gov,
               jeirvin@pa.gov
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin Scott Frankel    on behalf of Creditor   Planet Home Lending, LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rodney D. Shepherd    on behalf of Debtor Susan L. Schley rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 10
```