**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SUSAN L. SCHLEY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-22467 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/20/2019 and confirmed on 01/16/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,222.41 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,222.41 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 224.50 | |
| Trustee Fee | 52.57 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 277.07 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| WILMINGTON TRUST NA - TRUSTEE FOR M<br>Acct: 7932 | 0.00 | 834.28 | 0.00 | 834.28 |
| PA DEPARTMENT OF LABOR & INDUSTRY<br>Acct: 1690 | 3,268.90 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTHORIT<br>Acct: N229 | 1,815.70 | 0.00 | 0.00 | 0.00 |
| WILMINGTON TRUST NA - TRUSTEE FOR M<br>Acct: 7932 | 21,445.22 | 0.00 | 0.00 | 0.00 |
| BYRIDER FINANCE D/B/A CNAC<br>Acct: 8381 | 5,442.38 | 0.00 | 111.06 | 111.06 |
| | | | | 945.34 |
| Priority | | | | |
| RODNEY D SHEPHERD ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SUSAN L. SCHLEY<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAW OFFICES OF RODNEY SHEPHERD<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-22467 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| CITY AND SCHOOL DISTRICT OF PITTSBUR<br>Acct: 1583 | 2,303.80 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 1583 | 90.91 | 0.00 | 0.00 | 0.00 |
| RODNEY D SHEPHERD ESQ<br>Acct: | 3,500.00 | 224.50 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXX7GLT | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| HOMEWOOD CEMETERY<br>Acct: 4961 | 2,000.00 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES<br>Acct: 1583 | 688.40 | 0.00 | 0.00 | 0.00 |
| UPMC MERCY<br>Acct: 6129 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC MERCY<br>Acct: 6314 | 0.00 | 0.00 | 0.00 | 0.00 |
| KERI P EBECK ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KEVIN S FRANKEL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC MERCY<br>Acct: 6273 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES<br>Acct: 1583 | 15,425.60 | 0.00 | 0.00 | 0.00 |
| UPMC ST MARGARETS HOSPITAL<br>Acct: 6328 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CBCS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION/MOHELA<br>Acct: 1583 | 17,711.96 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 7743 | 282.99 | 0.00 | 0.00 | 0.00 |
| OFFICE OF UC BENEFITS POLICY**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 1583 | 1,050.40 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 0001 | 1,013.18 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*<br>Acct: 7560 | 2,461.61 | 0.00 | 0.00 | 0.00 |
| BYRIDER FINANCE D/B/A CNAC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                     945.34

TOTAL CLAIMED
PRIORITY           2,394.71
SECURED           31,972.20
UNSECURED         40.634.14

Date: 08/13/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com